**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER YAROSHEVSKY, | Case No. 5:26-cv-02503-WLH-DMK |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| FERETI SEMAIA, et al., | |
| Respondents. | |

On May 15, 2026, the Court issued a temporary restraining order ("TRO") ordering Respondents to immediately release Petitioner Alexander Yaroshevsky from detention and enjoining Respondents from continuing to detain Petitioner, or placing any new restriction on Petitioner's liberty such as electronic monitoring, unless he is provided with an individualized bond hearing (with reasonable notice and opportunity to prepare) before an immigration judge pursuant to 8 U.S.C. § 1226(a). (TRO, Dkt. No. 8). On May 29, 2026, the Court held oral argument on whether a preliminary injunction should issue. At the hearing, Respondents consented to the adoption of the terms of the TRO as the final judgment and permanent injunction in this case.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Petition is **GRANTED**. Respondents are **PERMANENTLY ENJOINED** from

detaining Petitioner, or placing any other restriction on Petitioner's liberty without proper process pursuant to the terms of the TRO issued on May 15, 2026. Respondents are **ORDERED** to serve a copy of this Final Judgment on Petitioner at his last known address.

Dated: May 29, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2